IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODRIQUEZ BROWN,

    Petitioner,

v.                                        CASE NO. 1:06-cv-00245-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's petition for writ of habeas corpus, Doc.1, be denied as untimely, and this cause be dismissed with prejudice.  The Magistrate Judge filed the Report and Recommendation on Thursday, December 14, 2006.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.

Petitioner's conviction became final on December 28, 2002, and he did not seek post-conviction review in state court until August 15, 2005.  Petitioner filed the instant petition on November 27, 2006.  Under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Petitioner had one year from the date his conviction became final in which to apply for a writ of habeas corpus, or December 28, 2003.  28 U.S.C. §2244(d)(1)(A). Because the statute of limitations has expired, the petition for writ of habeas corpus must be denied.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 10, is adopted and incorporated by reference in this order;

2. Petitioner's petition for writ of habeas corpus, Doc.1, is denied as untimely, and this case is dismissed with prejudice.

**DONE AND ORDERED** this   *30th* day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge